IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **Revstone Industries, LLC** | ) | **Case No. 12-13262 (CTG)** |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |

## ORDER OF REASSIGNMENT OF JUDGE

**AND NOW, this** 26th day of April, 2021, **it is hereby ORDERED** that the above Chapter 11 case (and all associated cases) is **TRANSFERRED** to the **Honorable Craig T. Goldblatt** for all further proceedings and dispositions.[1]

_____
Christopher S. Sontchi
Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.